UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO HERRERA, | No. 2:17-cv-01585 GEB AC P |
| Plaintiff, | |
| v. | ORDER |
| GRAY, et al., | |
| Defendants. | |

Armando Herrera ("plaintiff") is a state prisoner proceeding pro se with this action pursuant to 42 U.S.C. § 1983. On August 4, 2017, the court dismissed plaintiff's complaint with leave to amend within thirty days. ECF No. 4. On August 28, 2017, plaintiff moved for a ninety day extension of time to file his amended complaint. ECF No. 9. He claims that this lengthy extension is necessary because he is an illiterate mental patient and the inmate who was previously assisting him with his filings has been paroled. Id. at 1. In light of plaintiff's circumstances, the court will GRANT his motion for extension of time. His amended complaint is due ninety days from the date of this order's entry.

IT IS SO ORDERED.

DATED: August 31, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE